**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :

     vs.          :          Case No.    1:25-mj-00211

JOSHUA DAKARAI LEVY          :

    Defendant          :

_____

**<u>CONSENT MOTION TO POSTPONE REVIEW OF RELEASE ORDER HEARING</u>**

Comes now the Defendant, Joshua Levy, by and through counsel, Richard A. Finci, Esquire, and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

1) Contemporaneously with the filing of this Motion, undersigned counsel has entered his appearance as privately retained counsel on behalf of the Defendant.

2) Earlier this afternoon, before Counsel could enter his appearance, the Court posted a docket entry scheduling the case for a hearing on the Government's Emergency Motion for Review of Release Order and Stay Pending Appeal (ECF 5) at 11:30 a.m. on September 17, 2025.

3) Undersigned Counsel is unavailable to attend this hearing due to prior judicial commitments on the Eastern Shore. Additionally, Counsel requires some time to review the Government's pleadings, obtain information from Defendant's prior counsel and prepare for the hearing.

4) Counsel has consulted with Assistant United State's Attorney Jonathan Sussler, to whom this case is assigned, and he has authorized Counsel to express his consent to this request. The parties are available on September 23, in the afternoon or September

22 in the afternoon (in that order of preference) if the Court can accommodate a

hearing on either of those dates and times.

5) If the Court is not inclined to postpone this hearing, Mr. Silver, Defendant's

appointed counsel, has agreed to handle this hearing as scheduled.

 WHEREFORE, Defendant respectfully requests the following relief:

 1)  That this Honorable Court postpone the hearing presently scheduled for

  September 17, 2025 at 11:30 a.m. to September 23 or 22 in the afternoon.

 2)  Such further and additional relief as justice may require.


  Respectfully submitted,


   /s/ *Richard A. Finci*
   Richard A. Finci, Esquire
   Houlon, Berman, Finci & Levenstein, LLC
   7850 Walker Drive, Suite 160
   Greenbelt, Maryland 20770
   finci@houlonberman.com
   Telephone: (301) 459-8200
   Facsimile: (301) 459-5721
   D.C. Bar # 389841

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that on this 16th day of September, 2025, a copy of the foregoing CONSENT MOTION TO POSTPONE REVIEW OF RELEASE ORDER HEARING was served via filing in the electronic system to the AUSA Jonathan Sussler, Esquire, Office of the United States Attorney, 555 4th Street, Northwest, Washington, D.C. 20530.


   /s/ *Richard A. Finci*
   Richard A. Finci, Esquire